supports the court's finding that her statement was inadequate on this point.

Finally, although Amelia asserts that the court erroneously found that she recruited Castellanos, her assertion is not supported by the record, as the court found that Miriam brought Castellanos to the houses. Thus, the record supports the district court's determination that Amelia's safety-valve statement did not meet the requirements of the "tell-all" provision. We affirm the court's denial of safety-valve relief.

### IV. CONCLUSION

After carefully reviewing the record and the parties' briefs, we find no reversible error. We affirm Alvarez's conviction and Miriam's and Amelia's sentences.

**AFFIRMED.**

Paul Rhinehart Jones, John Andrew Horn, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Before BLACK, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Giles Jones, appointed counsel for Nery Alexis Bonilla, has filed a motion to withdraw supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bonilla's conviction and sentence are **AFFIRMED**. In light of our affirmance of his conviction and sentence, Bonilla's Motion to Dismiss Counsel and Proceed Pro Se is **DENIED** as moot.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Nery Alexis BONILLA, Defendant–Appellant.**

**No. 09–10833**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 20, 2009.

Giles Jones, Calhoun, GA, for Defendant–Appellant.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lawrence SECREASE, a.k.a. Law,**
**Defendant–Appellant.**

**No. 09–12882**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 21, 2009.

E. Bryan Wilson, Terry Flynn, U.S. Attorney's Office, N.D. of Florida, Tallahassee, FL, for Plaintiff–Appellee.